Frank Ondracek, appellee, v. Joseph Chmielinski, appellant. Gen. No. 27,393.

Trover for moving picture apparatus. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Z. H. Kadow, for appellant; E. J. Herdlicka, of counsel. Jones & Kerner, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Richard H. Peterson, appellant, v. Thomas H. Harney et al., appellees. Gen. No. 27,420.

Action for malicious prosecution. Judgment for defendants upon an instructed verdict. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Richard H. Peterson, *pro se;* George M. Bagby, of counsel. S. A. Ettelson, Haynie R. Pearson and Cora Hertzel, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Edward C. Sweetland, administrator of the estate of A. M. Scott, deceased, appellee, v. E. W. DeBower and John D. Morris, appellants. Gen. No. 27,429.

Action by administrator upon promissory notes payable to deceased. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Frederick Arnd, for appellants. Chilton P. Wilson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Herman M. Comerford, appellee, v. International Union of Steam and Operating Engineers et al., appellants. Gen. No. 27,842.

Preliminary injunction against a labor union and its officers. Motion to dissolve injunction overruled. Interlocutory appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the Branch Appellate Court. Reversed and remanded with directions. Opinion filed June 27, 1922.

Thomas D. Nash and Michael J. Ahern, for appellants. Frank Comerford, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.